IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                                      NO. 21-MJ-1271 LF

EPIFANIO ESPINOSA,
        Defendant.

### NOTICE OF ENTRY OF APPEARANCE
### AND SUBSTITUTION OF COUNSEL

COMES NOW, Erlinda O. Johnson, Esq., and respectfully notifies this Honorable Court, counsel of record for the United States, that she is hereby entering her appearance on behalf of Epifanio Espinosa for all purposes in this case as Mr. Espinosa's counsel of choice and in substitution of counsel Devon Fooks. See, e.g., *United States v. Gonzales-Lopez,* 548 U.S. 140, 144 (2007).

Counsel Erlinda O. Johnson respectfully requests that all notices, pleadings and correspondence on behalf of Epifanio Espinoza in this case be delivered to the attention of Erlinda O. Johnson.

                                              Respectfully Submitted,

                                              /s/ Submitted Electronically 9/9/21
                                              Erlinda O. Johnson
                                              Counsel for Epifanio Espinoza
                                              620 Roma Ave. N.W.
                                              Albuquerque, New Mexico 87102
                                              Phone: (505) 792-4048
                                              Fax: (505) 792-2268

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 9th day of September 2021 I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel of record for the United States, and current counsel of record for the Defendant, to be served with a copy of this pleading by electronic means.

<u>/s/ Submitted Electronically 9/9/21</u>
Erlinda O. Johnson