IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                              No. 1:21-MJ-01271-001 LF

EPIFANIO ESPINOSA,

        Defendant.

## **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**

COMES NOW, Assistant Federal Public Defender, Devon M. Fooks, and hereby moves this Court for an order allowing him to withdraw as the attorney for Epifanio Espinosa, the defendant in the above-referenced matter.

As grounds for this request, counsel for Mr. Espinosa states as follows:

1.      The defendant, Epifanio Espinosa, has retained private counsel. A Notice of Attorney Substitution was filed on September 9, 2021, by attorney Erlinda O. Johnson, as docket entry number 15.

2.      Assistant United States Attorney Paul H. Spiers takes no position on this motion.

WHEREFORE, Mr. Espinosa respectfully requests that this court remove current counsel from representation in the above referenced cause number.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
111 Lomas NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489
(505) 346-2494 Fax
devon_fooks@fd.org

 /s/ *filed electronically on 9/10/21*
DEVON M. FOOKS, AFPD
Attorney for Defendant