FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 1 4 2021

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**EPIFANIO ESPINOSA,**<br><br>Defendant. | CRIMINAL NO. 21-1326 MV<br><br>Count 1: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B): Possession with Intent to Distribute 50 Grams and More of a Mixture and Substance Containing Methamphetamine;<br><br>Count 2: 18 U.S.C. §§ 922(g)(1) and 924: Felon in Possession of a Firearm and Ammunition. |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about August 25, 2021, in Bernalillo County, in the District of New Mexico, the defendant, **EPIFANIO ESPINOSA**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, and the offense involved 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

### Count 2

On or about August 25, 2021, in Bernalillo County, in the District of New Mexico, the defendant, **EPIFANIO ESPINOSA,** knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically possession of a controlled substance (two counts), knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

## FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 21 U.S.C. § 841, the defendant, **EPIFANIO ESPINOSA**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to:

a. a Walther P22 handgun, and

b. a magazine loaded with ammunition.

Upon conviction of any offense in violation of 18 U.S.C. § 922(g), the defendant, **EPIFANIO ESPINOSA**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in the commission of the offense(s), including, but not limited to:

a. a Walther P22 handgun, and

b. a magazine loaded with ammunition.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

*[signature]*
Assistant United States Attorney

2