IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
        Plaintiff,

vs.                                              21-CR-1326 MV

EPIFANIO ESPINOSA,
        Defendant.

## ORDER

THIS MATTER having come before the Court on defendant Epifanio Espinosa's unopposed motion for Order releasing him from the custody of the United States Marshal's Service to the third-party custody of the La Pasada Halfway House with supervision by pretrial services and the Court being otherwise fully advised in the premises finds the motion is well taken and hereby,

ORDERS that Epifanio Espinosa shall be released from the custody of the United States Marshal's Service to the third-party custody of the La Pasada Halfway House with supervision by pretrial services and all other standard conditions of pretrial release.

It is FURTHER ORDERED that the United States District Court Clerk's Office shall forward a copy of this Order to the United States Marshal's Service.

It is so ordered.

_____
United States Magistrate Judge

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court