IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                          21-cr-1326 MV

EPIFANIO ESPINOSA,

      Defendant.

**NOTICE OF ENTRY OF APPEARANCE**
**AND SUBSTITUTION OF COUNSEL**

      Wayne Baker, Esq., hereby provides notification to the Court and to all parties of my notice of appearance on behalf of Epifanio Espinosa for all purposes in this case as Mr. Espinosa's retained counsel of choice and record and in substitution of Monnica Lynn Barreras, Esq., who was appointed CJA Counsel on November 22, 2021.

      Accordingly, it is hereby requested that all notices, pleadings and correspondence on behalf of Epifanio Espinoza in this case be delivered to the attentionof Wayne Baker, Esq.

Respectfully submitted:

*Wayne Baker*
Wayne Baker, Esq.
14112 Piedras Road, NE
Albuquerque, NM 87123-2323
(505) 652-4222
Attorney for Defendant Epifanio Espinosa

I certify that I electronically filed the foregoing with the Clerk of the Court November 27, 2021, using the CM/ECF system.
*Wayne Baker*
Wayne Baker, Esq.