UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

                Plaintiff,

   -against-                              No.: 21-cr-1326 (MV)

Epifanio Espinosa,

                Defendant.

## ORDER MODIFYING CONDITIONS OF RELEASE

**THIS MATTER** is before the Court on Defendant's Unopposed Motion to Modify Conditions of Release. (Doc. 39) Having considered the motion and noting that the Assistant United States Attorney and the Pretrial Services Officer have no opposition to the motion, the Court finds that the motion is well taken and will be granted.

**IT IS HEREBY ORDERED** that the following Additional Conditions of Release (Doc. 28) are hereby excised.

    a.    6 – the defendant is placed in the custody of La Pasada Halfway House; and

    b.    7(j)- the defendant must maintain residence at a halfway house.

_____
UNITED STATES MAGISTRATE JUDGE