PS8
(8/88)

# UNITED STATES DISTRICT COURT
for
## NEW MEXICO

U.S.A. vs **Epifanio Espinosa**                                Docket No. 1:21CR01326-MV-1

Petition for Action on Conditions of Pretrial Release

COMES NOW **Delma Marrufo-Ramos** PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of **Epifanio Espinosa,** who was placed under pretrial release supervision by the Honorable **John F. Robbenhaar, United States Magistrate Judge**, sitting in the court at **Albuquerque New Mexico**, on October 15, 2021, with conditions which included the following:

1. (7)(l) The defendant must not use alcohol at all.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

On November 9, 2022, the defendant tested positive for alcohol. The defendant admitted to consuming alcohol. The defendant has four prior consecutive positive tests for methamphetamines.

PRAYING THAT THE COURT WILL ORDER A WARRANT FOR THE DEFENDANT'S ARREST

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 23, 2022

*Delma Marrufo-Ramos*

**Delma Marrufo-Ramos**
**United States Probation Officer**
**Albuquerque**, New Mexico