# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| | | | |
|---|---|---|---|
| Before the Honorable Laura Fashing ||||
| Initial Appearance/Show Cause/Detention Hearing ||||
| Case Number: | CR 21-1326 MV | UNITED STATES vs. ESPINOSA ||
| Hearing Date: | 11/29/2022 | Time In and Out: | 9:43-9:51 |
| Courtroom Deputy: | N. Maestas | Courtroom: | Rio Grande |
| Defendant: | Epifanio Espinosa | Defendant's Counsel: | Wayne Baker |
| AUSA: | Paul Spiers | Pretrial/Probation: | Delma Marrufo-Ramos |
| Interpreter: | | Witness: | |

## Initial Appearance

- ☒ Defendant received a copy of charging document
- ☒ Court advises defendant(s) of possible penalties and all constitutional rights
- ☒ Defendant has retained counsel
- ☐ Government moves to detain          ☐ Government does not recommend detention
- ☐ Set for _____ on _____ @ _____

## Preliminary/Show Cause/Identity

- ☒ Defendant waives Show Cause Hearing
- ☒ Court finds defendant violated conditions of pretrial release          ☐ Court does not find probable cause

## Detention

- ☐ Defendant waives right to contest detention
- ☒ Defense counsel requests release to La Pasada Halfway House; Government concurs; USPO indicates there is a wait until December 5

## Custody Status

- ☐ Defendant
- ☒ Conditions of pretrial release reinstated — Defendant to be released as soon as he is eligible, which should be on Monday, December 5, 2022

## Other

- ☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☒ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☐ Matter referred to _____ for Final Revocation Hearing
- ☐