IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                  CR 21-1326 MV

EPIFANIO ESPINOSA,

        Defendant.

## O R D E R

**THIS MATTER** is before the Court for hearing, the Court having found that the Defendant Epifanio Espinosa violated his conditions of release, and the Court being fully advised in the premises;

IT IS THEREFORE ORDERED that the conditions of release previously imposed are hereby REINSTATED; and that the Defendant Epifanio Espinosa be released from the custody of the U.S. Marshal Service into the third party custody of La Pasada Halfway House pending final disposition in this matter.

_____
LAURA FASHING
UNITED STATES MAGISTRATE JUDGE