(Created 10/2021) Waiver of Hearing

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 25 2023

MITCHELL R. ELFERS
CLERK

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America

v.

Epifanio Espinosa
_____
Defendant

Case No. 21-cr-1326 MV

## WAIVER OF HEARING
(*On Petition for Action on Conditions of Pretrial Release or Release Pending Revocation Hearing*)

I understand that a petition has been filed against me accusing me of violating the conditions of my pretrial release or release pending a final revocation hearing. A magistrate judge has informed me of my right to a hearing under 18 U.S.C. § 3148(b) at which the government would have to prove that I violated the conditions of my release as alleged in the petition. I agree to waive (give up) my right to a hearing under 18 U.S.C. § 3148(b). I understand that by waiving this right, the magistrate judge will find that I have violated the conditions of my release. The magistrate judge thereafter may modify the conditions of my release or may revoke my release and order my detention.

☐ I understand that I have the right to contest my detention, and I wish to be heard on the issue of detention.

☒ I want to waive my right to contest my detention. (A signed Waiver of Right to Contest Detention is attached.)

Date: 4/25/2023

Epifanio Espinosa
Defendant's signature

Wayne Baker
Signature of defendant's attorney

Wayne Baker
Printed name of defendant's attorney