IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                             CRIM. NO. 21-CR-1326 MV

**Epifanio Espinosa,**

    Defendant.

## O R D E R

**THIS MATTER** is before the Court for hearing, the Court having found that the Defendant Epifanio Espinosa violated his conditions of release, and the Court being fully advised in the premises;

IT IS THEREFORE ORDERED that the conditions of release previously imposed are hereby REVOKED; and that the Defendant Epifanio Espinosa, be remanded to the custody of the U.S. Marshal Service pending final disposition in this matter.

_____
Laura Fashing
US MAGISTRATE JUDGE