AO 442 (Rev. 08/14) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Epifanio Espinosa<br>*Defendant* | Case No. 1084 1:21CR01326-MV-001 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate judge without unnecessary delay, Epifanio Espinosa, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☒ Order of the Court

This offense is briefly described as follows: On April 16, 2023, the defendant provided a positive test result for amphetamines and alcohol.

Date: 4/24/2023

City and state: Albuquerque, NM

MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

---

### Return

This warrant was received on ( date ) 4/24/2023, and the person was arrested on ( date ) 4/25/2023 at ( city and state ) Albuquerque, NM.

Date: 4/25/2023

*Arresting officer's signature*

Jim Glisson, Deputy U.S. Marshal
*Printed name and title*