UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
# SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No. | 21-1326-MV | USA vs. | Espinosa |
| Date: | April 27, 2023 | Name of Deft: | Epifanio Espinosa |
| Before the Honorable | | Martha Vázquez | |

| | | | |
|---|---|---|---|
| Time In/Out: | 9:36 a.m. / 10:34 a.m. | Total Time in Court (for JS10): | 58 minutes |
| Clerk: | Linda Romero | Court Reporter: | Andrea Lynch (by Zoom) |
| AUSA: | Paul Spiers | Defendant's Counsel: | Wayne Baker |
| Sentencing in: | Santa Fe, New Mexico | Interpreter: | |
| Probation Officer: | Jason Hunt | Sworn? Yes | No |
| Convicted on: | **X** Plea / Verdict | As to: **X** Information | Indictment |
| If Plea: | **X** Accepted / Not Accepted | Adjudged/Found Guilty on Counts: | |
| If Plea Agreement: | **X** Accepted / Not Accepted / No Plea Agreement | Comments: | |
| Date of Plea/Verdict: | 1/31/23 | PSR: **X** Not Disputed | Disputed |
| PSR: **X** | Court Adopts PSR Findings | Evidentiary Hearing: **X** Not Needed | Needed |
| Exceptions to PSR: | | | |

## SENTENCE IMPOSED

Imprisonment (BOP): 70 days or time served, whichever is less

| | | | |
|---|---|---|---|
| Supervised Release: | 5 years | Probation: | 500-Hour Drug Program |
| | Court recommends ICE begin removal proceedings immediately or during service of sentence | | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| **X** | Substance abuse testing (up to 60 tests per year) | | Home confinement for _____ months _____ days |
| **X** | Inpatient substance abuse treatment program (waive confidentiality) (Four Winds in Rio Rancho) | **X** | Community service for 20 hours during term of supervision |
| **X** | Outpatient substance abuse treatment program (waive confidentiality) | | Reside residential reentry center _____ months _____ days |
| **X** | Mental health treatment program (waive confidentiality) | | Register as sex offender |
| **X** | No alcohol/intoxicants (up to 4 tests per day) | | Participate in sex offender treatment program |
| **X** | Submit to search of person/property | | Possess no sexual material |
| **X** | No contact with co-conspirator | | No computer with access to online services |
| | No entering, or loitering near, victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| | Grant limited waiver of confidentiality | | Restricted from occupation with access to children |
| **X** | No psychoactive substances | | No loitering within 100 feet of school yards |
| **X** | OTHER: No drug paraphernalia   Defense counsel requests and Court removes the standard condition of the requirement for a defendant to be employed, since the defendant is on social security disability. | | |

| | | | |
|---|---|---|---|
| Fine: $ | **0** | Restitution: $ | **0** |
| SPA: $ | 100   ($100 as to each Count) | Payment Schedule: **X** Due during term of supervision | Waived |
| OTHER: | Forfeiture | | |

| | | |
|---|---|---|
| | Advised of Right to Appeal | **X** Waived Appeal Rights per Plea Agreement |
| | Held in Custody | Voluntary Surrender |
| | Recommended place(s) of incarceration: | |

| | UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO  **SENTENCING MINUTE SHEET** |
|---|---|
| Dismissed Counts: | |
| OTHER COMMENTS | Court addresses defendant and identifies documents she has reviewed in preparation for sentencing. Defense counsel addresses Court. Defendant addresses Court. Government counsel addresses Court. Court addresses defendant and imposes sentence. Defense counsel requests and Court removes the standard condition of the requirement for a defendant to be employed, since the defendant is on social security disability. Court advises defense counsel that if the defendant does well on supervision for two years, he can submit a motion for early termination of supervision. |