AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| V. | ) |
| | ) |
| | )   Case No. 1084 1:21CR01326- 001MV |
| | ) |
| Epifanio Espinosa | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: | U.S. District Court for the District of New Mexico 333 Lomas Blvd. NW Albuquerque, NM 87102 | Courtroom No.: Rio Grande, 3rd floor |
|---|---|---|
| Before: | The Honorable Magistrate Judge Kirtan Khalsa | Date and Time: July 28, 2023 at 9:30am |

This offense is briefly described as follows:
Illegal drug use and failing to participate in treatment.

Date:   July 14, 2023

_____
*Issuing officer's signature*

MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons       ☐ Returned this summons unexecuted

Date: _____

_____
*Server's signature*

_____
*Printed name and title*