AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of New Mexico

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 18 2023

MITCHELL R. ELFERS
CLERK

| UNITED STATES OF AMERICA | ) |
|---|---|
| v. | ) |
| | ) |
| | ) Case No. 1084 1:21CR01326-001MV |
| | ) |
| Epifanio Espinosa | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: | U.S. District Court for the District of New Mexico<br>333 Lomas Blvd. NW<br>Albuquerque, NM 87102 | Courtroom No.: Rio Grande, 3rd floor |
|---|---|---|
| | | Date and Time: July 28, 2023 at 9:30am |
| Before: | The Honorable Magistrate Judge Kirtan Khalsa | |

This offense is briefly described as follows:
Illegal drug use and failing to participate in treatment.

Date: July 14, 2023

*Issuing officer's signature*

MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons        ☐ Returned this summons unexecuted

Date: 7/18/2023

*Server's signature*

D. SMITH  DUSM
*Printed name and title*