AO 442 (Rev. 08/14) Arrest Warrant

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 1 0 2023

MITCHELL R. ELFERS
CLERK

# UNITED STATES DISTRICT COURT
## for the
### District of New Mexico

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| v. | ) |
|  | ) |
| Epifanio Espinosa | ) |
| *Defendant* | ) |

Case No. 1084 1:21CR01326-001MV

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay (name of person to be arrested) Epifanio Espinosa

Also Known As: Espoinoza, Epifanio, Also Known As: Espinoza, Eppie, Also Known As: Espinoza, Epifanio, Also Known As: Espinosa, Eppa, Also Known As: Espinosa, Epitanio, Also Known As: Espinosa, Epifiano, Also Known As: Espinosa, Epifianio, Also Known As: Espinosa, Epianio, Also Known As: Espinosa, Epi, Also Known As: Espinosa, Eppie

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows: Illegal drug use and failing to participate in treatment. Possession of drug paraphernalia.

Date: August 10, 2023

*Issuing Officer's signature*

City and state: Santa Fe, New Mexico

MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on (date) 08/10/23, and the person was arrested on (date) 08/10/23
at (city and state) Albuquerque, NM.

Date: 08/10/23

*Arresting officer's signature*

RENE LUNA  DUSM # 21858
*Printed name and title*