AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

AUG 11 2023

MITCHELL R. ELFERS
CLERK

United States of America )
v. )
_Epifanio Espinosa_ )  Case No. 12-CR-1326 (MV)
Defendant )
)

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: _8/11/23_

_[signature]_
Defendant's signature

_[signature]_
Signature of defendant's attorney

_Wayne Baker  142373_
Printed name and bar number of defendant's attorney

_____
Address of defendant's attorney

_federalltcenter@mail.ca_
E-mail address of defendant's attorney

_505 652-4222_
Telephone number of defendant's attorney

_888-308-0987_
FAX number of defendant's attorney