IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 21-01326 MV |
| vs. | ) | |
| | ) | |
| EPIFANIO ESPINOSA, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF ENTRY OF APPEARANCE**
**AND SUBSTITUTION OF COUNSEL**

Assistant United States Attorney, Rachel Eagle, notifies the Court that Paul Spiers withdraws as counsel of record for the United States and, in substitution, Rachel Eagle hereby enters her appearance as counsel on behalf of the United States.

The United States requests that all notices, pleadings and correspondence be delivered to the attention of Rachel Eagle.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

*/s/ Electronically filed August 16, 2023*
RACHEL EAGLE
Assistant United States Attorney
Post Office Box 607
Albuquerque, NM   87103
(505) 346-7274

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2023, I filed the foregoing document electronically through the CM/ECF system. Pursuant to the CM/ECF Administrative Procedures Manual, §§ 1(a), 7(b)(2), such filing is the equivalent of service on parties of record.

      */s/*
Rachel Eagle
Assistant United States Attorney