FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          No.: 21-CR-1326-MV

EPIFANIO ESPINOSA,

    Defendant.

## ORDER

THIS MATTER having come before the Court on Defendant's Unopposed Motion for an Order Releasing Defendant Epifanio Espinosa to the Third-Party Custody of Four Corners Detox Recovery Center (hereinafter "FCDRC"), in Gallup, NM, with continued oversight by United States Probation. (Doc. 118),

The Court being otherwise fully advised in the premises finds the motion is well taken,

IT IS HEREBY ORDERED that Epifanio Espinosa shall be released from the custody of the Cibola County Correctional Center on Saturday, September 2, 2023, before 12:00 p.m., and is to report to the third-party custody of FCDRC by 4:00 p.m. on September 2, 2023, with continued oversight by the United States Probation Department.

IT IS FURTHER ORDERED that the Cibola County Correctional Center shall provide Mr. Espinosa, on his release, with a 30-day supply of the medications they are currently administering to him, as required by FCDRC.

IT IS FURTHER ORDERED that the United States District Court Clerk's Office shall forward a copy of this Order to the United States Marshal's Service, who are to provide it to the proper Cibola County Correctional Center personnel to ensure Mr. Espinosa's release.

IT IS FURTHER ORDERED that upon successful completion of the FCDRC program, Mr. Espinosa shall transition to a secondary inpatient facility as direct by his probation officer for a period of up to 180 days.

JENNIFER M. ROZZONI
United States Magistrate Judge