IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                           No.: 21-CR-1326-MV

EPIFANIO ESPINOSA,

      Defendant.

## ORDER

      THIS MATTER having come before the Court on defendant Epifanio Espinosa's "Unopposed Motion to Dismiss Revocation Petition and to Continue Supervised Release" (Doc. 121), filed July 24, 2024, and the Court being otherwise fully advised in the premises, and noting that the assigned Probation Officer and Assistant United States Attorney concur, finds the motion is well taken and hereby,

      ORDERS that the outstanding Petition to Revoke Supervised Release (Doc. 108) is hereby dismissed.

      It is So Ordered.

                                                                                                        _____
                                                                                                          United States District Judge