FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 09 2024

MITCHELL R. ELFERS
CLERK

AO 442 (Rev. 10/08) Warrant for Arrest

# UNITED STATES DISTRICT COURT
District of New Mexico

UNITED STATES OF AMERICA
v.
Epifanio Espinosa

WARRANT FOR ARREST
Duplicate Original
(Pursuant to Rule 41)
Case: 1084 1:21CR01326- 001MV

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Epifanio Espinosa and bring him or her forthwith to the nearest magistrate judge to answer a petition for

☐ Violation of Conditions of Pretrial Release    ☐ Probation Violation    ☒ Supervision Release Violation

charging him or her
The defendant was found with a large quantity of methamphetamine and submitted drug screens which were positive for methamphetamine.

WARRANT issued for the defendant's arrest to show cause why the supervision should not be revoked for violation for the conditions of supervision as set by the Honorable Martha Vazquez in violation of his conditions of supervised release.

I certify that the issuing judge has directed this officer to sign the judge's name on the duplicate original warrant pursuant to Rule 41(e)(3)(D) of the Federal Rules of Criminal Procedure.

| Honorable Martha Vazquez | 09/09/2024 @ 9:34am |
|---|---|
| Name of Issuing Judge | Date and Time: |

| Santa Fe | /s/ Kelly Coppin |
|---|---|
| Location | United States Probation/Pretrial Services Officer |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9/9/2024 | DUSM Sanchez | [signature] |

Date Arrested: 9/9/2024    32551