# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 11 2024
KHS

MITCHELL R. ELFERS
CLERK

United States of America

v.

Epifanio Espinosa
_____
Defendant

Case No. 21-cr-1326 (MV)

## WAIVER OF HEARING
*(On Petition for Action on Conditions of Pretrial Release or Release Pending Revocation Hearing)*

I understand that a petition has been filed against me accusing me of violating the conditions of my pretrial release or release pending a final revocation hearing. A magistrate judge has informed me of my right to a hearing under 18 U.S.C. § 3148(b) at which the government would have to prove that I violated the conditions of my release as alleged in the petition. I agree to waive (give up) my right to a hearing under 18 U.S.C. § 3148(b). I understand that by waiving this right, the magistrate judge will find that I have violated the conditions of my release. The magistrate judge thereafter may modify the conditions of my release or may revoke my release and order my detention.

☑ I understand that I have the right to contest my detention, and I wish to be heard on the issue of detention. (Agreement w/ Probation - La Posada)

☐ I want to waive my right to contest my detention. (A signed Waiver of Right to Contest Detention is attached.)

Date: 9/11/2024

Defendant's signature: Epifanio Espinosa

Signature of defendant's attorney

Wayne Baker
Printed name of defendant's attorney