FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

          Plaintiff,

-against-

Epifanio Espinosa,

          Defendant.

No.: 21-cr-1326 (MV)

## ORDER MODIFYING CONDITIONS OF RELEASE

**THIS MATTER** is before the Court on Defendant's Unopposed Motion to Modify Conditions of Release. (Doc. 135) Having considered the motion and noting that the Assistant United States Attorney and the Pretrial Services Officer have no opposition to the motion, the Court finds that the motion is well taken and will be granted.

**IT IS HEREBY ORDERED** that the following Additional Conditions of Release (Doc. 132) are hereby added.

1. 7(p)(ii) Home Detention, and
2. 7(q)(iv) GPS.

**IT IS HEREBY FURTHER ORDERED** that the Defendant, Epifanio Espinosa, is to be released from the third-party custody of La Pasada Halfway House on Friday, October 18, 2024, and to remain at his residence.

_____
UNITED STATES MAGISTRATE JUDGE