# UNITED STATES DISTRICT COURT
## for
## NEW MEXICO

U.S.A. vs **Epifanio Espinosa**                    Docket No. 1:21CR01326-001MV

Petition for Action on Conditions of Release Pending Revocation Hearing

COMES NOW **Juan C. Vidal** United States Probation Officer presenting an official report upon the conduct of **Epifanio Espinosa** who was placed under pretrial release supervision by the Honorable John F. Robbenhaar United States Magistrate Judge**,** sitting in the court at **Albuquerque** New Mexico, on September 11, 2024, with conditions which included the following:

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

**7(m): Not use or unlawfully possess a narcotics drug or other controlled substances defined in 21 U.S.C 802, unless prescribed by a licensed medical practitioner.**

On September 11, 2024, the defendant was granted the opportunity to remain out of custody and was placed at La Pasada Halfway House, on conditions of release. The defendant was a resident at La Pasada from September 11, 2024, to October 18, 2024.

On October 9, 2024, and October 16, 2024, the defendant submitted urinalysis samples which returned positive for Amphetamines. Positive tests were sent to the National Laboratory for confirmation and on November 6, 2024, the United States Probation Officer received tests results from the National Laboratory confirming the presence of Methamphetamine on both tests. Additionally, on October 31, 2024, the defendant provided a urine sample that yielded positive for Amphetamines. Test results were sent for confirmation to the National Laboratory which confirmed the presence of Methamphetamines on November 8, 2024.

Respectfully recommending the Court order a warrant for the defendant's arrest.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: **November 12, 2024**

*Juan C. Vidal*
**Juan C. Vidal**
 **United States Probation Officer**

Place; **Albuquerque, New Mexico**