AO 442 (Rev. 08/14) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) Case No. 1084 1:21CR01326-001MV |
| Epifanio Espinosa | ) |
| *Defendant* | ) |

2024 NOV 14 PM 2:36

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay (name of person to be arrested) Epifanio Espinosa

Also Known As: Espoinoza, Epifanio
Also Known As: Espinoza, Eppie
Also Known As: Espinoza, Epifanio
Also Known As: Espinosa, Eppa
Also Known As: Espinosa, Epitanio
Also Known As: Espinosa, Epifiano
Also Known As: Espinosa, Epifianio
Also Known As: Espinosa, Epianio
Also Known As: Espinosa, Epi
Also Known As: Espinosa, Eppie

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
The defendant has tested positive for illegal substances on several occasions.

Date: 11/12/2024

*Issuing Officer's signature*

City and state:   Albuquerque, NM

for MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on ( date ) 13 November 2024, and the person was arrested on ( date ) 14 November 2024

AO 442 (Rev. 08/14) Arrest Warrant (page 2)

at ( city and state ) Albuquerque, NM

Date: 14 November 2024

_Arresting officer's signature_

Jim Glisson, Deputy U.S. Marshal
_Printed name and title_