IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

UNITED STATES OF AMERICA,

    Plaintiff,

v.	No. 21-1326 MV

EPIFANIO ESPINOSA,

    Defendant.

### ORDER REVOKING CONDITIONS OF RELEASE

**THIS MATTER** came before the Court for hearing. Being fully advised in the premises, the Court finds by clear and convincing evidence that Epifanio Espinosa violated his conditions of release and he is unlikely to abide by any condition or combination of conditions of release presently available. IT IS THEREFORE ORDERED that the conditions of release previously imposed are hereby REVOKED, and that the Defendant Epifano Espinosa, be remanded to the custody of the U.S. Marshal Service pending further proceedings in this matter.

    **IT IS SO ORDERED.**

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE