(Rev. 10/2021) Waiver of Right to Contest Detention

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

NOV 14 2024

MITCHELL R. ELFERS
CLERK

UNITED STATES OF AMERICA

vs.

Epifanio Espinoza

## WAIVER OF RIGHT TO CONTEST DETENTION
(Rule 5 or 32.1, Fed. R. Crim. P., 18 U.S.C. § 3142)

CASE NUMBER: 21-cr-1326-MV

I, __Epifanio Espinoza__, charged in: (an indictment, complaint, ~~petition~~) with __VOSR__, Title __18__, U.S.C. __3142__, and having appeared before this Court and been advised of my rights as required by Fed. R. Crim. P. 5 or 32.1 and 18 U.S.C. § 3142, including my right to contest my detention, do hereby waive (give up) my right to contest detention. However, I understand that under 18 U.S.C. § 3142(f), I may ask the Court to reopen my detention hearing at any time before trial if information exists that is not known to me today and that has a material bearing on whether there are conditions of release that will reasonably assure my appearance as required and the safety of any other person and the community.

_____
Defendant

11/14/2024
Date

_____
Counsel for Defendant