IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              CR 21-1326 MV

EPIFANIO ESPINOSA,

        Defendant.

**ORDER MODIFYING CONDITIONS OF RELEASE**

        **THIS MATTER** is before the Court on Defendant's Unopposed Motion to Modify Conditions of Release. (Doc. 149) Having considered the motion and noting that the Assistant United States Attorney and the Pretrial Services Officer have no opposition to the motion, the Court finds that the motion is well taken and will be granted.

        **IT IS HEREBY ORDERED** that the Additional Conditions of Release (Doc. 148):

(6) The defendant is placed in the custody of New Mexico Wellness is hereby removed as of May 14, 2025, and he shall return to his residence.

        **IT IS HEREBY FURTHER ORDERED** that all other conditions of release shall remain in effect.

                                                      _____
                                                      UNITED STATES MAGISTRATE JUDGE