# UNITED STATES DISTRICT COURT
## for
## NEW MEXICO

U.S.A. vs **Epifanio Espinosa**                               Docket No. 1:21CR01326-001MV

Petition for Action on Conditions of Release Pending Revocation Hearing

COMES NOW **Juan C. Vidal** United States Probation Officer presenting an official report upon the conduct of **Epifanio Espinosa** who was placed under pretrial release supervision by the Honorable John F. Robbenhaar United States Magistrate Judge**,** sitting in the court at **Albuquerque** New Mexico, on December 19, 2024, with conditions which included the following:

   RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**7(m): Not use or unlawfully possess a narcotics drug or other controlled substances defined in 21 U.S.C 802, unless prescribed by a licensed medical practitioner.**

On December 19, 2024, the defendant was granted the opportunity to participate at New Mexico Wellness Inpatient Program, on conditions of release. On May 19, 2025, the defendant successfully completed inpatient treatment at New Mexico Wellness.

On July 9, 2025, the defendant submitted urinalysis samples which returned positive for Cannabinoids. On July 15, 2025, the defendant submitted urinalysis samples which returned positive for Amphetamines and Cannabinoids. Positive tests were sent to the National Laboratory for confirmation and on July 29, 2025, the United States Probation Officer received tests results from the National Laboratory confirming the presence of Methamphetamine and Marijuana.

Respectfully recommending the Court order a warrant for the defendant's arrest.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: **08/05/2025**

*Juan C. Vidal*

**Juan Vidal-Alvizo**
**United States Probation Officer**
Place; **Albuquerque, New Mexico**