AO 442 (Rev. 08/14) Arrest Warrant

## UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) Case No. 1084 1:21CR01326- 001MV |
| Epifanio Espinosa | ) |
| *Defendant* | ) |

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 1 8 2025

MITCHELL R. ELFERS
CLERK

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay (name of person to be arrested) Epifanio Espinosa

Also Known As: Espoinoza, Epifanio
Also Known As: Espinoza, Eppie
Also Known As: Espinoza, Epifanio
Also Known As: Espinosa, Eppa
Also Known As: Espinosa, Epitanio
Also Known As: Espinosa, Epifiano
Also Known As: Espinosa, Epifianio
Also Known As: Espinosa, Epianio
Also Known As: Espinosa, Epi
Also Known As: Espinosa, Eppie

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows: The defendant violated conditions of release by testing positive for illegal substances.

Date:  8/6/2025                              _____ for _____
                                             *Signature*

City and state:  Albuquerque, NM             MITCHELL R. ELFERS, CLERK OF COURT
                                             *Printed name and title*

### Return

This warrant was received on ( date ) 8/6/2025, and the person was arrested on ( date ) 8/18/2025

AO 442 (Rev. 08/14) Arrest Warrant (page 2)

at ( city and state ) Albuquerque, NM

Date: 8/18/2025

_____
Arresting officer's signature

Smith Olsen
_____
Printed name and title