# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Steven C. Yarbrough, United States Magistrate Judge

Show Cause/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | 21-CR-1326 MV | UNITED STATES vs. ESPINOSA | |
| Hearing Date: | Wednesday, August 20, 2025 | Time In and Out: | 9:39 am – 9:52 am |
| Courtroom Deputy: | K. Dapson | Courtroom: | Pecos |
| Defendant: | Epifanio Espinosa | Defendant's Counsel: | Wayne Baker |
| AUSA: | Elaine Ramirez | Pretrial/Probation: | J. Vidal |
| Interpreter: | | Witness: | |

## Initial Appearance

- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain    ☐ Government does not recommend detention
- ☐ Set for _____ on _____ @ _____

## Preliminary/Show Cause/Identity

- ☒ Defendant waives Show Cause Hearing
- ☒ Court finds defendant violated conditions of release    ☐ Court does not find probable cause

## Detention

- ☐ Defendant waives right to contest detention
- ☐

## Custody Status

- ☒ Defendant remanded to the custody of United States Marshal's Service
- ☐ Conditions

## Other

- ☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☐ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☒ Matter referred to District Judge for Final Revocation Hearing
- ☒ PO-responds detention; USA-concurs; Baker-proffers release: Court-questions; Baker-responds; Court-findings