AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Epifanio Espinosa | ) | Case No. 21-CR-1326 (MV) |
| _Defendant_ | ) | |

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 20 2025

MITCHELL R. ELFERS
CLERK

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 8/20/2025

_Defendant's signature_

_Signature of defendant's attorney_

Wayne Baker 142373
_Printed name and bar number of defendant's attorney_

_Address of defendant's attorney_

federalitpqatar@gmail.com
_E-mail address of defendant's attorney_

505-252-4222
_Telephone number of defendant's attorney_

888-208-0987
_FAX number of defendant's attorney_