UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
# VIOLATION OF SUPERVISION PROCEEDINGS
## MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No. | 21-1326-MV | USA vs. | Espinosa |
| Date: | October 9, 2025 | Name of Deft: | Epifanio Espinosa |
| Before the Honorable | Martha Vázquez | | |

| | | | |
|---|---|---|---|
| Time In/Out: | 9:36 a.m. / 10:48 a.m. | Total Time in Court (for JS10): | 1 hour, 12 minutes |
| Clerk: | Linda Romero | Court Reporter: | Carmela McAlister |
| AUSA: | Rachel Eagle | Defendant's Counsel: | Wayne Baker |
| VSR in: | Santa Fe, NM | Interpreter: | |
| Probation Officer: | Juan Vidal-Alviso | Sworn? Yes | No |

| | |
|---|---|
| | Defendant Sworn |
| | Defendant questioned re: physical/mental condition and whether under influence of alcohol, drugs, or any medication |
| | Court finds Defendant competent to proceed |
| X | Court advises Defendant of his/her rights |
| X | Court advises / confirms Defendant is aware of charges and possible penalty |
| X | Government **DISMISSES** violation(s):    Mandatory – You must not unlawfully possess a controlled substance. |
| X | Defendant **ADMITS** violation(s):    Mandatory – You must refrain from any unlawful use of a controlled substance. |
| | Violation report waived |
| X | Proceed to sentencing |
| X | Supervision - **REINSTATED** |

### SENTENCE IMPOSED

Imprisonment (BOP):   133 days

| Supervised Release: | 36 months | Probation: | | 500-Hour Drug Program |
|---|---|---|---|---|

#### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| X | Outpatient substance abuse treatment program (waive confidentiality) | X | Substance abuse testing (up to 60 tests per year) |
| X | Search of person, property | X | No alcohol (up to 4 tests per day) (6 months, remote alcohol testing) |
| X | No psychoactive substances | X | No drug paraphernalia |
| X | Mental health treatment program (waive confidentiality) | X | Physical therapy and sign medical release so PO can monitor progress in physical therapy |
| X | No contact with co-defendants or co-conspirators | X | No associating with felons or individuals who are actively using controlled substances |

OTHER:

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
| X | Held in Custody | | Voluntary Surrender |

UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
# VIOLATION OF SUPERVISION PROCEEDINGS
## MINUTE SHEET

| | | |
|---|---|---|
| Recommended place(s) of incarceration: | , IF ELIGIBLE. | |
| OTHER COMMENTS | Court addresses defendant and reviews the violations alleged in the Second Petition.   Defense counsel Wayne Baker advises that the government has agreed to dismiss the first violation if the defendant admits to the second.   Court accepts that agreement.   Defendant admits the second mandatory violation.   Court addresses defendant and identifies documents that she has reviewed in preparation for the sentencing.   Defense counsel addresses Court.   Defendant addresses Court.   Court addresses defendant.   Government counsel addresses Court.   Probation Officer Juan Vidal-Arvizo addresses Court.   Defense counsel addresses Court.   Court addresses defendant.   Court requests family set up physical therapy and an appointment with his surgeon on his knee surgery.   Court imposes sentence. | |