**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

Plaintiff,

v. No.: 21-CR-1326-MV

EPIFANIO ESPINOSA,

Defendant.

## UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISION

Epifanio Espinosa, through his Court-appointed counsel, Wayne Baker, and pursuant to 18 U.S.C. § 3583(e)(1), moves this Court to terminate the remainder of the term of supervised release previously imposed in this matter. As grounds, Mr. Espinosa states:

1. Mr. Espinosa commenced a five-year term of supervised release on April 27, 2023.

2. Mr. Espinosa last appeared before Your Honor on October 9, 2025 for a final revocation of supervised release hearing. The resultant Judgment (Doc. 167) indicated a sentence of 133 days, and based on time already served Mr. Espinosa was released from custody on October 31, 2025. The Judgment also included special conditions amongst others: (a) participation in the Remote Alcohol Detection Program for a period of six months; (b) participation in a mental health treatment program; (c) participation in an outpatient substance abuse treatment program; and (d) continued physical therapy for his recent knee replacement. At that hearing, Your Honor indicated Mr. Espinosa could apply for early termination in one year.

3. Mr. Espinosa successfully completed all of the special condition requirements and participated in beneficial programs and activities beyond the requirements.

4. All of his random drug tests were negative.

5. The Remote Alcohol Detection Program presented numerous problems, as the hardware malfunctioned and the strength and quality of the signal connection was often insufficient, resulting in numerous unclear error messages on an often-daily basis. Mr. Espinosa then had to continue testing and submitting results over and over until the system acknowledged

the negative alcohol submission. It is noted that there never was a submission that indicated any alcohol use. It is fair to say that the difficulties involved in the testing could idiomatically "drive someone to drink." Fortunately, that never happened to Epifanio. Attached as Exhibit 1 are screenshots of the problem the system presented on a single burdensome day.

6. Epifanio successfully completed individual and group therapy counseling at New Awakenings. On or about August 10, 2026, at the recommendation and request of Epifanio's counselor, his individual sessions were concluded. Although his sessions ended, Epifanio has voluntarily continued his individual sessions twice a month.

7. All of his random drug tests have been negative.

8. Epifanio continued and completed his authorized physical therapy for his knee. It is noted he continues to rehabilitate it twice a week at the Blue Door, a city sponsored program for senior citizens.

9. Epifanio passes his time helping his sister and brother-in-law who have had continuous medical issues. He helps by providing upkeep at their house and cuts their lawn and landscaping needs once a week.

10. Epifanio has also used his time wisely by fixing up his home and garage, and creating welding art.

11. He spends a good deal of time with Robert Sevedra, who is soon to turn five years old and is the grandson of Epifanio's girlfriend Lupita Leyba, who is raising him. He provides transportation when needed, helps care for him, and takes him to the park while teaching him how to behave as a responsible young boy.

12. 18 U.S.C. § 3583(e)(1) allows the Court to terminate an individual's supervised release obligations at any time after the expiration of one year if it is satisfied that such action is warranted by the conduct of the defendant and the interests of justice. 18 U.S.C. § 3583(e)(1); U.S. v. Johnson, 529 U.S. 53, 60 (2000).

13. United States Probation Officer Juan Vidal-Alvizo and AUSA Rachel Eagle both indicated in email communications on October 27, 2026 that they do not oppose the relief requested in this motion.

WHEREFORE, Mr. Epifanio Espinosa respectfully requests this Court terminate the balance of his term of supervised release effective immediately.

Respectfully submitted,

*Wayne Baker*

Wayne Baker, Esq.
(505) 652-4222
Attorney for Defendant Epifanio Espinosa

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court on October 31, 2026, using the CM/ECF system which will send notification to the government.

*Wayne Baker*

Wayne Baker, Esq.

# EXHIBIT

# ONE

10:05 5G UC

Mar 25

10:05 AM




Share Edit Add to Trash

11:05 TEMU 5G UC

Mar 25

11:05 AM




Share Edit Add to Trash


11:55
Mar 25
11:55 AM
Unable To
Perform Test
Excessive pressure.
Please try again.
Share
Edit
Add to
Trash

12:58 27%

1 selected

34499

your 9:54 AM MDT test reminder. Do not reply.

MISSED TEST: You have missed 1 or more tests. Send a test now. Do not reply.

11:54 AM

Text m...

It's telling me I missed three or more tests I've taken them it's just that the machine is not working

I've text one the same message I text you and I also text him for my results he hasn't answered

Mar 25, 11:58 AM

I sent him another picture showing the machine still ain't working I haven't heard from him so I don't know if he's in court so I don't know what to do about the blower I'll just wait then you know that way he can't tell me I didn't try

Mar 25, 1:26 PM

34499

Send a test now. Do not reply.

Unread

2:26 PM

REMINDER TEXT: This is your 2:41 PM MDT test reminder. Do not reply.

Text m...

Mar 25
2:42 PM




Share Edit Add to Trash

Juan is asking me for another test and the machine still not working I don't want nobody to say it that I wasn't in compliance and I still haven't heard back from you from this morning

Mar 25, 2:44 PM

Just keep trying to do the test when it requests it, and screen shot the results and send to him, and me, s you have been consistently doing.

Mar 25, 2:50 PM

Okay

Mar 25, 2:52 PM

34499

reminder. Do not reply.

Unread

REMINDER TEXT: This is your 2:41 PM MDT test reminder. Do not reply.

3:11 PM

Text m...

Mar 25
3:36 PM




Share Edit Add to Trash

Now it's too hot

Mar 25, 3:38 PM

34499

reminder. Do not reply.

Unread

REMINDER TEXT: This is your 2:41 PM MDT test reminder. Do not reply.

3:11 PM

Text m...

Mar 25
3:36 PM




Share Edit Add to Trash

Mar 25
3:58 PM

Type a message