**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

Plaintiff,

vs. CRIMINAL NO: CR 21-1326 MV

EPIFANIO ESPINOSA,

Defendant.

**ORDER GRANTING UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISION**

THIS MATTER having come before the Court on Defendant's *Unopposed Motion for Early Termination of Supervision* (Doc. 168) and the Court being sufficiently advised on the premises and noting no opposition by the United States or by United States Probation,

THE COURT FINDS that the Defendant's conduct during the period of supervised release warrants early termination of supervised release and that early termination of supervised release is in the interest of justice.

IT IS THEREFORE ORDERED that the unopposed Motion (Doc. 168) is granted and the balance of Mr. Espinosa's supervised release is hereby terminated.

**THE HONORABLE MARTHA VÁZQUEZ**
Senior United States District Judge